J-S31004-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| LISA T. BREMMER, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| BRIAN K. SAMSEL, | : | |
| | : | |
| Appellant | : | |
| | : | No. 1512 MDA 2015 |

Appeal from the Order Dated August 5, 2015
In the Court of Common Pleas of Columbia County,
Civil Division, at No(s): 20-CV-1849-DV

BEFORE:  SHOGAN, OTT, and STRASSBURGER,* JJ.

CONCURRING MEMORANDUM BY STRASSBURGER, J.: **FILED JULY 14, 2016**

I agree with the learned Majority that Husband's brief is non-conforming in many respects.  However, I can understand the issues he is raising and thus would review the case on its merits.

Having done that, I would affirm.

---

* Retired Senior Judge assigned to the Superior Court.